# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION
Civil Action No. 4:25-cv-00223-FL

KIMBERLY WALL,     )
           )
   Plaintiff,     )
           )  **JOINT STIPULATION TO**
   v.       )  **SUBMIT MATTER TO**
           )  **ARBITRATION**
AT&T ENTERPRISES, LLC,  )
           )
   Defendant.    )
           )

IT IS HEREBY STIPULATED AND AGREED by Kimberly Wall ("Plaintiff") and AT&T Enterprises, LLC ("AT&T" or "Defendant"), by and through their undersigned counsel, as follows:

WHEREAS on December 2, 2025, Plaintiff filed a Complaint against AT&T alleging disability discrimination and retaliation under the under the Americans with Disabilities Act Amendments of 2008, 42 U.S.C. § 12112, *et seq.* ("ADAAA"), sex discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.* ("Title VII"), and age discrimination under the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621, *et seq*. ("ADEA").[1]

WHEREAS AT&T was served with a summons and a copy of the Complaint on December 10, 2025.  Service was therefore completed on AT&T on December 10, 2025.

---

[1] The original Complaint was filed on December 2, 2025. On December 4, 2025, the Court issued a Notice of Deficiency due to the Complaint and attachments not being text searchable and Plaintiff subsequently refiled the Complaint and supporting documents in a compliant format on December 5, 2025.

WHEREAS the Parties acknowledge and agree that Plaintiff's claims are subject to individual arbitration pursuant to the Management Arbitration Agreement ("Agreement"), a true and correct copy of which is attached hereto as **Exhibit A**.

NOW THEREFORE, the Parties agree and stipulate as follows:

1. The Parties shall resolve all claims alleged in the Complaint through individual arbitration proceedings administered by JAMS and conducted pursuant to the terms of the Agreement. The Parties acknowledge that agreeing to this Stipulation does not waive any arguments or defenses that they may have.

2. Plaintiff shall submit a written demand for individual arbitration to JAMS; and

3. All proceedings in this action shall be stayed pending the completion of arbitration.

This 6th day of February 2026.

<table>
<tr><td><u>/s/ Evan Gungor (signed with permission)</u><br>Evan Gungor<br>NC State Bar No. 60902<br>**SPITZ, THE EMPLOYEE'S LAW FIRM**<br>5540 Centerview Drive, Suite 200B<br>Raleigh, NC 27606<br>Tel: (980) 332-4688<br>Fax: (216) 291-5744<br>evan.gungor@spitzlawfirm.com<br><br>*Counsel for Plaintiff*</td><td><u>/s/ Brodie D. Erwin</u><br>Brodie D. Erwin<br>NC State Bar No. 44368<br>**KILPATRICK TOWNSEND & STOCKTON LLP**<br>4208 Six Forks Road, Suite 1400<br>Raleigh, NC 27609<br>Tel: (919) 420-1718<br>Fax: (919) 510-6120<br>berwin@ktslaw.com<br><br>*Counsel for Defendant*</td></tr>
</table>

# <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that he electronically filed the foregoing **JOINT STIPULATION TO SUBMIT MATTER TO ARBITRATION** with the Clerk of Court using the CM/ECF system and he served the foregoing document upon the attorneys shown below by transmittal of a Notice of Electronic Filing:

Evan Gungor
Spitz, The Employee's Law Firm
5540 Centerview Drive, Suite 200B
Raleigh, NC 27606
Evan.gungor@spitzlawfirm.com

*Counsel for Plaintiff*

/s/ Brodie D. Erwin
Brodie D. Erwin