# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

KIMBERLY WALL,

      Plaintiff,

      v.

AT&T ENTERPRISES, LLC,

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 4:25-cv-00223-FL

## MEMORANDUM OF LAW IN SUPPORT OF THE PARTIES' JOINT MOTION TO STAY LITIGATION PENDING ARBITRATION

Plaintiff Kimberly Wall ("Plaintiff") and Defendant AT&T Enterprises, LLC ("AT&T" or "Defendant"), file this Memorandum of Law in Support of the Parties' Joint Motion to Stay Litigation Pending Arbitration, pursuant to Section 3 of the Federal Arbitration Act, 9 U.S.C. § 3.

## INTRODUCTION/STATEMENT OF FACTS

Plaintiff filed a multi-count employment Complaint against AT&T on December 2, 2025, alleging disability discrimination and retaliation under the under the Americans with Disabilities Act Amendments of 2008, 42 U.S.C. § 12112, *et seq.* ("ADAAA"), sex discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.* ("Title VII"), and age discrimination under the Age Discrimination in Employment Act of

1967, 29 U.S.C. § 621, *et seq.* ("ADEA").[1] Thereafter, AT&T was served with a summons and a copy of the Complaint on December 10, 2025.

Following Plaintiff's service of the Complaint, the Parties agreed that Plaintiff's claims are subject to individual arbitration pursuant to the Management Arbitration Agreement ("Agreement"), a true and correct copy of which is attached hereto as **Exhibit A**. Accordingly, the Parties respectfully request the Court stay this litigation pending arbitration of all claims and controversies.

## ARGUMENT

As part of her employment with AT&T, Plaintiff executed a Management Arbitration Agreement. The Agreement, by its terms, applies to claims of discrimination and retaliation under federal discrimination laws that she has raised in this instant lawsuit such as the ADAAA, Title VII and the ADEA. The Agreement further provides that the Parties shall resolve such claims through individual arbitration proceedings administered by JAMS and conducted pursuant to the terms of the Agreement.

The FAA makes agreements to arbitrate "valid, irrevocable, and enforceable" and requires that courts stay proceedings in favor of arbitration on "any issue referable to arbitration under an agreement in writing for such arbitration." 9 U.S.C. §§ 2, 3. Courts should stay proceeding when, as here, all claims are subject to arbitration. *See Smith v. Spizzirri*, 601 U.S. 472, 478-79 (2024). Because the FAA establishes "a liberal federal policy favoring arbitration agreements," *Moses H. Cone Mem'l Hosp. v. Mercury Constr.*

---

[1] The original Complaint was filed on December 2, 2025. On December 4, 2025, the Court issued a Notice of Deficiency due to the Complaint and attachments not being text searchable and Plaintiff subsequently refiled the Complaint and supporting documents in a compliant format on December 5, 2025.

2

*Corp.*, 460 U.S. 1, 24 (1983), courts must rigorously "enforce [arbitration agreements] according to their terms," *AT&T Mobility LLC v. Concepcion*, 563 U.S. 333, 339 (2011), and "any doubts … should be resolved in favor of arbitration." *Moses H. Cone Mem'l Hosp.*, 460 U.S. at 24-25.

Given the Agreement, the Parties respectfully request that the Court stay all proceedings in the action while Plaintiff pursues her respective claims in arbitration and retain jurisdiction for the limited purpose of exercising those powers reserved to the Court under the Agreement.

## CONCLUSION

Accordingly, for the reasons stated herein, the Parties respectfully request the Court grant their Joint Motion to Stay Litigation Pending Arbitration.

Respectfully submitted, this 13th day of February 2026.

| | |
|---|---|
| */s/ Evan Gungor (signed with permission)* | */s/ Brodie D. Erwin* |
| Evan Gungor | Brodie D. Erwin |
| NC State Bar No. 60902 | NC State Bar No. 44368 |
| **SPITZ, THE EMPLOYEE'S LAW FIRM** | **KILPATRICK TOWNSEND & STOCKTON LLP** |
| 5540 Centerview Drive, Suite 200B | 4208 Six Forks Road, Suite 1400 |
| Raleigh, NC 27606 | Raleigh, NC 27609 |
| Tel: (980) 332-4688 | Tel: (919) 420-1718 |
| Fax: (216) 291-5744 | Fax: (919) 510-6120 |
| evan.gungor@spitzlawfirm.com | berwin@ktslaw.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

**CERTIFICATE OF WORD COUNT**

The undersigned attorney hereby certifies that the foregoing memorandum complies with Local Rule 7.2(f) of the Local Civil Rules of Practice and Procedure of the United States District Court for the Eastern District of North Carolina with respect to its length. The foregoing memorandum was created using Microsoft Word. Based upon the word count of Microsoft Word, the foregoing memorandum contains 462 words, fewer than the 8400 words permitted by Local Rule 7.2(f)(3)(A).

**KILPATRICK TOWNSEND
& STOCKTON LLP**

/s/Brodie D. Erwin
NC State Bar No. 44368
berwin@ktslaw.com
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
Telephone: (919) 420-1718
Facsimile: (919) 510-6120

*Counsel for Defendant*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY WALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:25-cv-00223-FL |
| | ) | |
| AT&T ENTERPRISES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on February 13, 2026, I filed this **Memorandum of Law in Support of the Parties' Joint Motion to Stay Litigation Pending Arbitration** with the Clerk of Court using the CM/ECF system, which will automatically send notice of the filing to all counsel of record.

/s/ *Brodie D. Erwin*
Brodie D. Erwin

5