**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**(EASTERN DIVISION)**

| | |
|---|---|
| KIMBERLY WALL,<br><br>Plaintiff,<br><br>v.<br><br>AT&T ENTERPRISES, LLC,<br><br>Defendant. | Civil Action No. 4:25-cv-00223-FL |

**<u>JOINT STATUS REPORT</u>**

Plaintiff Kimberly Wall and Defendant AT&T Services, Inc., incorrectly named as AT&T Enterprises, LLC, submit this Joint Status Report in accordance with the Order entered on February 26, 2026 (Doc. 12), to advise the Court of the status of the arbitration proceedings pending before Judicial Arbitration and Mediation Services ("JAMS") related to this matter.

1. On June 8, 2026, Plaintiff filed a Demand for Arbitration with JAMS asserting claims identical to those raised in this litigation.

2. JAMS has not yet issued a commencement letter in this matter. The parties anticipate that, following JAMS's issuance of a commencement letter, they will proceed with selection of an arbitrator and participate in a preliminary hearing.

3. The parties do not anticipate that the arbitration will be concluded within the next 180-day reporting period. The parties will continue to diligently pursue the arbitration and will file a subsequent joint status report as required by the Court's Order or notify the Court upon conclusion of the arbitration.

4. The parties respectfully request that this action remains stayed pending completion of arbitration.

Respectfully submitted this 25th day of August, 2026.

**SPITZ, THE EMPLOYEE'S LAW FIRM**

/s/ Janelle Lyons
Janelle Lyons
NC State Bar No. 35421
6135 Park South Drive, Suite 590
Charlotte, NC 28210
Telephone: (980) 332-4688
Fax: (216) 291-5744
janelle.lyons@spitzlawfirm.com

*Counsel for Plaintiff*

**KILPATRICK TOWNSEND & STOCKTON LLP**

/s/ Whitney R. Pakalka
Whitney R. Pakalka
NC State Bar No. 52611
1001 West Fourth Street
Winston-Salem, North Carolina 27101
Office: (336) 607-7300
Fax: (336) 607-7500
wpakalka@ktslaw.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF users.

This 25th day of August, 2026.

/s/ Whitney R. Pakalka
Whitney R. Pakalka